CALLANAN ROAD IMPROVEMENT CO., Respondent, v. ARTHUR McMULLEN COMPANY, ULSTER DAVIS, INC., SAGER-SPUCK SUPPLY COMPANY, INC., and FRED A. NICHOLSON, Appellants, and Others.— Motion granted, on the authority of *Van Gelder* v. *Van Gelder* (84 N. Y. 658). Decision and order amended so as to provide only one bill of costs to be divided among the respondents filing briefs in this court, and so as to grant to each such respondents taxable disbursements. [See 253 App. Div. 424; 254 id. 796.]

WEST 158TH STREET GARAGE CORPORATION, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 22172.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of JOHN PODOLA, Respondent, against CRESCENT BOX MFG. CO. and STATE INSURANCE FUND, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of DEVA BUCHIGNANI and Another, Respondents, against RONALD TAYLOR CO. and THE FIDELITY & CASUALTY COMPANY OF NEW YORK, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of WESLEY WARNER, Respondent, against WENDT'S ICE CREAM COMPANY and LIBERTY MUTUAL INSURANCE COMPANY, Appellants.— STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of COMMISSIONER OF TAXATION AND FINANCE on Account of the Death of YVONNE H. PROCTOR, Respondent, against WILLARD PARKER HOSPITAL, CITY OF NEW YORK, Respondent, and GENESEE HOSPITAL and LIBERTY MUTUAL INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of Mrs. ANNA MOSCHINGER, Respondent, against HENRY HEIDE, INC., Employer, and STATE INSURANCE FUND, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of EDWARD T. LEICH, Respondent, against BORCHARD AFFILIATIONS, Employer; STATE INSURANCE FUND, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of CATHARINE ULRICH KABATT, Appellant, for a Certiorari Order against FRANK P. GRAVES, as Commissioner of Education of the State of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

ROSE HURLEY, Appellant, v. CLIMENA A. WYCKOFF, Doing Business under the Assumed Name and Style of " MIRROR LAKE INN," Respondent.— Justice Rhodes, who sat upon the argument of this case, having died and the remaining justices, qualified to hear the appeal in the above-entitled action, being equally divided, the court, in accordance with section 618 of the Civil Practice Act, directs the appeal to be sent to the Appellate Division, Fourth Judicial Department, to be there heard and determined. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.